**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RANDOLPH TORRE,

    Appellant

    v.

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

    Appellee

: No. 77 MAP 2014
:
: Appeal from the order of the
: Commonwealth Court at No. 208 MD 2014
: dated May 14, 2014.
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW,** this 15th day of June, 2015, the Order of the Commonwealth Court is AFFIRMED.